(No. 94830.—

COMMERCE BANK, Special Administrator of the Estate of Louise Osborn, Deceased, Appellant, v. YOUTH SERVICES OF MID-ILLINOIS, INC., a Not-for-profit Corporation, Appellee.

*Order entered March 18, 2004.—Rehearing denied May 24, 2004.*

GARMAN, J., took no part.

Douglas N. Koth and Jason A. Cannell, of Koth & Cannell, P.C., of Bloomington, and Alexandra de Saint Phalle, of Londrigan, Potter & Randle, P.C., and William F. Trapp, of Brown, Hay & Stephens, of Springfield, for appellant.

Esther Joy Schwartz, Patrick W. Carlson and Donald

E. Stellato, of Stellato & Schwartz, Ltd., of Chicago, for appellee.

PER CURIAM:

In this case, one Justice of this Court has recused herself and the remaining members of the Court are divided so that it is not possible to secure the constitutionally required concurrence of four judges for a decision (see Ill. Const. 1970, art. VI, § 3). Accordingly, the appeal is dismissed. The effect of this dismissal is the same as an affirmance by an equally divided court of the decision under review but is of no precedential value. See *Perlman v. First National Bank,* 60 Ill. 2d 529, 530 (1975).

GARMAN, J., took no part.